**APPROVED.**
**IT IS SO ORDERED.**
**s/Jonathan D. Greenberg**
**United States Magistrate Judge**
**Dated: October 16, 2025**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KYLE GARLICK | ) | CASE No. 1:25-cv-00202 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ICU SECURITY SOLUTIONS, INC. | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kyle Garlick and Defendant ICU Security Solutions, Inc. hereby stipulate to the dismissal with prejudice of the captioned matter, with each party to bear his or its own attorneys' fees, expenses, and costs.

Respectfully submitted,

/s/ Robert B. Kapitan
Robert B. Kapitan (Ohio 0074327)
Anthony J. Lazzaro (Ohio 0077962)
34555 Chagrin Boulevard, Ste 250
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
robert@lazzarolawfirm.com
anthony@lazzarolawfirm.com
Attorneys for Plaintiff

*/s/ Robert E. Adelman (per email consent)*
Robert E. Adelman (OSC No. 0070262)
Law Offices of Robert E. Adelman, LLC
49 West Orange Street, Suite No. 1
Chagrin Falls, Ohio 44022
Telephone: (440) 589-6900
Facsimile: (440) 589-6902
E-Mail: office@robertadelmanlaw.com
Attorney for Defendant / Counterclaimant